IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alix Barthelemy<br>Claire-lise Menard Barthelemy aka<br>Clerlise Barthelemy aka Claire-lise M.<br>Barthelemy aka Claire-lise Barthelemy<br>aka Clairelise Menard Barthelemy<br>Debtor(s) | BK NO. 17-01590 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/ James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      412-430-3594