UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALIX BARTHELEMY and | : | CASE NO. 5:17-01590 |
| CLAIRE-LISE MENARD BARTHELEMY, | : | |
| aka CLERLISE BARTHELEMY, | : | |
| aka CLAIRE-LISE M. BARTHELEMY, | : | |
| aka CLAIRE-LISE BARTHELEMEY, | : | |
| aka CLAIRELISE MENARD BARTHELEMY, | : | |
| DEBTOR(S) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2017, I caused to be served by first class mail, postage prepaid, a true and correct copy of the First Amended Plan in the above referenced case on:

> Officer, Managing or General Agent, or Agent
> Authorized to Receive Service of Process
> Wild Acres Lakes POA
> 116 Wild Acres Drive
> Dingmans Ferry, PA 18328

NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI

By: _/s/ Vincent Rubino_____
Vincent Rubino, Esq.
Attorney for Debtor
Attorney ID# 49628
712 Monroe Street
Stroudsburg, PA 18360
570-421-9090