```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-01590-JJT
Alix Barthelemy                                                 Chapter 13
Claire-lise Menard Barthelemy
        Debtors              CERTIFICATE OF NOTICE
District/off: 0314-5         User: DDunbar              Page 1 of 2          Date Rcvd: Jun 07, 2017
                             Form ID: ntcnfhrg          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
```
db/jdb         +Alix Barthelemy,    Claire-lise Menard Barthelemy,    265 High Ridge Road,
                 Dingmans Ferry, PA 18328-4012
4910581        +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4910582         CHASE,    CARDMEMBER SERVICE,    PO BOX 15548,    WILMINGTON, DE 19886-5548
4910583        +CLAIRE S. BARTHELEMY,    265 HIGH RIDGE ROAD,    DINGMANS FERRY, PA 18328-4012
4910584        +COMPUCREDIT CORP/ASPIRE,    PO BOX 105555,    ATLANTA, GA 30348-5555
4910585        +ED FINANCIAL SERVICES,    120 N SEVEN OAKS DRIVE,    KNOXVILLE, TN 37922-2359
4918553        +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
4910586        +FIDELITY INVESTMENTS INSTITUTIONAL,    OPERATIONS COMPANY INC,    82 DEVONSHIRE STREET,
                 BOSTON, MA 02109-3605
4910587        +GREAT LAKES HIGHER EDUCATION,    PO BOX 7860,    MADISON, WI 53707-7860
4910588        +IRONBOUND AMBULANCE SQUAD,    PO BOX 949,    MATAWAN, NJ 07747-0949
4910589       ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
                 RED BANK NJ 07701-5688
               (address filed with court: MET-ED,    PO BOX 16001,    READING, PA 19612)
4910590        +NEPA COMMUNITY FCU,    337 CLAY AVENYE,    STROUDSBURG, PA 18360-1288
4910591        +PHELAN HALLINAN DIAMOND JONES,    1617 JFK BLVD SUITE 1400,    ONE PENN CENTER PLAZA,
                 PHILADELPHIA, PA 19103-1823
4910592         SECRETARY OF HOUSING AND,    URBAN DEVELOPMENT,    451 SEVENTH STREET SOUTHWEST,
                 WASHINGTON, DC 20410-8000
4910593       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA FINANCIAL SERVICES,    ASSET PROTECTION DEPT,    PO BOX 2958,
                 TORRANCE, CA 90509-2958)
4919136        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
4916204         WELLS FARGO BANK, N.A.,    DEFAULT DOCUMENT PROCESSING,    MAC# N9286-01Y,
                 1000 BLUE GENTIAN ROAD,    EAGAN,MN,55121-7700
4910595        +WELLS FARGO HOME MORTGAGE,    PO BOX 10335,    DES MOINES, IA 50306-0335
4910596        +WILD ACRES LAKES POA,    116 WILD ACRES DRIVE,    DINGMANS FERRY, PA 18328-4058
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4910594*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
4918788*        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN, 55121-7700
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Thomas Song     on behalf of Creditor    Wells Fargo Bank, NA thomas.song@phelanhallinan.com,
               tomysong@hotmail.com

Case 5:17-bk-01590-JJT    Doc 24    Filed 06/09/17    Entered 06/10/17 00:52:36    Desc
                    Imaged Certificate of Notice    Page 1 of 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
         Vincent Rubino   on behalf of Joint Debtor Claire-lise Menard Barthelemy
         epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
         Vincent Rubino   on behalf of Debtor Alix Barthelemy
         epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com

                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Alix Barthelemy<br>Claire−lise Menard Barthelemy<br>aka Clerlise Barthelemy, aka Claire−lise M. Barthelemy, aka Clairelise Menard Barthelemy, aka Claire−lise Barthelemy | Chapter<br><br>Case No. | 13<br><br>5:17−bk−01590−JJT |
| Debtor(s) | | |

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **July 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 7, 2017 |