UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALIX BARTHELEMY and<br>CLAIRE-LISE MENARD<br>BARTHELEMY<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | : | |
| vs. | : | |
| ALIX BARTHELEMY and<br>CLAIRE-LISE MENARD<br>BARTHELEMY<br>    Respondent(s) | : | CASE NO. 5-17-bk-01590 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this 7th day of July, 2017, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 19, 2017 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 7th day of July, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
P.O. Box 511
Stroudsburg, PA 18360

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee3