Certificate Number: 12433-PAE-DE-029681842

Bankruptcy Case Number: 17-01590



12433-PAE-DE-029681842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2017, at 9:33 o'clock AM EDT, Claire-Lise M. Barthelemy completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 4, 2017　　　　By: /s/Lance Brechbill

　　　　　　　　　　　　　Name: Lance Brechbill

　　　　　　　　　　　　　Title: Teacher