United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Alix Barthelemy<br>Claire-lise Menard Barthelemy<br>    Debtors | Case No. 17-01590-RNO<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 4918788 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marshall E Anders, Esq | on behalf of Creditor Wild Acres Lakes Property and Homeowners Association marshall@marshallanderslaw.com kevin@armlawyers.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Alix Barthelemy rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Claire-lise Menard Barthelemy rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |

Thomas Song
 on behalf of Creditor Wells Fargo Bank NA pamb@fedphe.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
 on behalf of Debtor 1 Alix Barthelemy
 lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
 on behalf of Debtor 2 Claire-lise Menard Barthelemy
 lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-01590-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Alix Barthelemy
265 High Ridge Road
Dingmans Ferry PA 18328

Claire-lise Menard Barthelemy
265 High Ridge Road
Dingmans Ferry PA 18328

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 1: Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700

Name and Address of Transferee:

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/21/21

Terrence S. Miller
**CLERK OF THE COURT**