| Fill in this information to identify the case: |
|---|
| Debtor 1    ALIX BARTHELEMY |
| Debtor 2    CLAIRE-LISE MENARD BARTHELEMY A/K/A CLERLISE BARTHELEMY A/K/A CLAIRE-LISE M. BARTHELEMY A/K/A CLAIRE-LISE BARTHELEMY A/K/A CLAIRELISE MENARD BARTHELEMY <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of Pennsylvania |
| Case number 5:17-bk-01590-MJC |

# Form 4100R
## Response to Notice of Final Cure Payment

12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I

**Court claim no.** (if known): 1-2

**Last 4 digits** of any number you use to identify the debtor's account: 3050

**Property address:** 265 HIGH RIDGE RD
Number Street
*Delaware, PA 18328
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:     +(b) $ 263.42

c. **Total**. Add lines a and b.     (c) $ 263.42

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     10/01/2021
MM/DD/YYYY

Debtor 1 ALIX BARTHELEMY  
        First    Middle    Last

Case number *(if known)* 5:17-bk-01590-MJC

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/Mario Hanyon        Date 10/06/2021  
   Signature

Print    Mario Hanyon        Title   Attorney  
         First Name    Middle Name    Last Name

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    302 Fellowship Road, Ste 130  
         Number     Street

           Mount Laurel, NJ 08054  
           City        State    ZIP Code

Contact phone   844-856-6646 x4560     Email pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br><br>ALIX BARTHELEMY<br>CLAIRE-LISE MENARD BARTHELEMY<br>A/K/A CLERLISE BARTHELEMY<br>A/K/A CLAIRE-LISE M. BARTHELEMY<br>A/K/A CLAIRE-LISE BARTHELEMY<br>A/K/A CLAIRELISE MENARD BARTHELEMY | Case No. 5:17-bk-01590-MJC<br><br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I,<br><br>    Movant<br><br>vs.<br><br>ALIX BARTHELEMY<br>CLAIRE-LISE MENARD BARTHELEMY<br>A/K/A CLERLISE BARTHELEMY<br>A/K/A CLAIRE-LISE M. BARTHELEMY<br>A/K/A CLAIRE-LISE BARTHELEMY<br>A/K/A CLAIRELISE MENARD BARTHELEMY,<br><br>    Debtor, | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on <u>October 6, 2021</u> to the following:

ALIX BARTHELEMY
265 HIGH RIDGE RD
DINGMANS FERRY, PA 18328-4012

CLAIRE-LISE MENARD BARTHELEMY
265 HIGH RIDGE RD
DINGMANS FERRY, PA 18328-4012

NEWMAN WILLIAMS
712 MONROE ST
STROUDSBURG, PA 18360

JACK N ZAHAROPOULOS, BANKRUPTCY TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE,
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

# Exhibit "A"

|  |  |  |  | Post Suspense Short Fall Balance |  | -$525.76 |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Transaction Date | Amount Received | Post-petition Due Date | Post Amt Due Per PCN | Contractual Amt Applied | Principal & Interest | Escrow | Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance |
| Beginning Balance | 4/18/2017 | $0.00 | 4/1/2017 |  |  |  |  |  | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/08/17 | $797.63 | 5/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/12/17 | $797.63 | 6/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/11/17 | $797.63 | 7/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/08/17 | $797.63 | 8/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 09/11/17 | $797.63 | 9/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/10/17 | $797.63 | 10/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/14/17 | $797.63 | 11/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/11/17 | $797.63 | 12/1/2017 | $797.63 | $797.63 | $566.50 | $231.13 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/17/18 | $796.34 | 1/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 02/19/18 | $796.34 | 2/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/20/18 | $796.34 | 3/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/20/18 | $796.34 | 4/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/29/18 | $796.34 | 5/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/20/18 | $796.34 | 6/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/12/18 | $796.34 | 7/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 08/03/18 | $796.34 | 8/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 09/14/18 | $796.34 | 9/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/11/18 | $796.34 | 10/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/09/18 | $796.34 | 11/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/13/18 | $796.34 | 12/1/2018 | $796.34 | $796.34 | $566.50 | $229.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/11/19 | $818.18 | 1/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 02/11/19 | $818.18 | 2/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/11/19 | $818.18 | 3/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/10/19 | $818.18 | 4/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/26/19 | $1,356.02 | 5/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $537.84 | $537.84 | $0.00 | $537.84 |
| Post-Petition | 05/16/19 | $818.18 | 6/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 06/10/19 | $818.18 | 7/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 07/12/19 | $818.18 | 8/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 08/02/19 | $818.18 | 9/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 09/16/19 | $818.18 | 10/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 10/14/19 | $818.18 | 11/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 11/08/19 | $818.18 | 12/1/2019 | $818.18 | $818.18 | $566.50 | $251.68 | $0.00 | $0.00 | $0.00 | $537.84 |
| Post-Petition | 12/17/19 | $818.18 | 1/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | -$0.92 | $0.00 | $0.92 | $536.92 |
| Post-Petition | 01/09/20 | $819.10 | 2/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 02/11/20 | $819.10 | 3/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 03/13/20 | $819.10 | 4/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 07/02/20 | $819.10 | 5/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 08/06/20 | $819.10 | 6/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 09/11/20 | $819.10 | 7/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 10/12/20 | $819.10 | 8/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 11/10/20 | $819.10 | 9/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 12/14/20 | $819.10 | 10/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $536.92 |
| Post-Petition | 01/14/21 | $822.44 | 11/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $3.34 | $3.34 | $0.00 | $540.26 |
| Post-Petition | 02/16/21 | $819.10 | 12/1/2020 | $819.10 | $819.10 | $566.50 | $252.60 | $0.00 | $0.00 | $0.00 | $540.26 |
| Post-Petition | 03/15/21 | $819.10 | 1/1/2021 | $822.44 | $822.44 | $566.50 | $255.94 | -$3.34 | $0.00 | $3.34 | $536.92 |
| Post-Petition | 04/12/21 | $819.65 | 2/1/2021 | $822.44 | $822.44 | $566.50 | $255.94 | -$2.79 | $0.00 | $2.79 | $534.13 |
| Post-Petition | 05/10/21 | $819.65 | 3/1/2021 | $822.44 | $822.44 | $566.50 | $255.94 | -$2.79 | $0.00 | $2.79 | $531.34 |
| Post-Petition | 06/07/21 | $819.65 | 4/1/2021 | $822.44 | $822.44 | $566.50 | $255.94 | -$2.79 | $0.00 | $2.79 | $528.55 |
| Post-Petition | 07/12/21 | $819.65 | 5/1/2021 | $822.44 | $822.44 | $566.50 | $255.94 | -$2.79 | $0.00 | $2.79 | $525.76 |
| Post-Petition | 08/13/21 | $819.65 | 6/1/2021 | $819.65 | $819.65 | $566.50 | $253.15 | $0.00 | $0.00 | $0.00 | $525.76 |
| Post-Petition | 09/13/21 | $819.65 | 7/1/2021 | $819.65 | $819.65 | $566.50 | $253.15 | $0.00 | $0.00 | $0.00 | $525.76 |