IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALIX BARTHELEMY, and | : | |
| CLAIRE-LISE MENARD BARTHELEMY, | : | CASE NO.: 5:17-01590 |
| a/k/a CLERLISE BARTHELEMY, | : | |
| a/k/a CLAIRE-LISE M. BARTHELEMY, | : | |
| a/k/a CLAIRE-LISE BARTHELEMEY, | : | |
| a/k/a CLAIRELISE MENARD BARTHELEMY | : | |
| Debtors | : | |

## REQUEST FOR CERTIFIED DOCUMENT

To The Clerk of Courts:

Please send me a certified copy of Docket Number 61, Discharge Order. Thank you.

NEWMAN, WILLIAMS, P.C.

By: <u>ROBERT J. KIDWELL, ESQUIRE</u>
Attorney I.D. No. 206555
Attorney for Debtors
712 Monroe St., PO Box 511
Stroudsburg, PA 18360-0511
(570) 421-9090; Fax (570) 424-9739
rkidwell@newmanwilliams.com